**FORM 18. Joint Stipulation of Voluntary Dismissal**   Form 18
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number:** 24-1882

**Short Case Caption:** Diamond Tools Technology LLC v. US

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

24-1882

Costs are to be assigned as follows:

[✓] Each side shall bear their own costs.
[ ] Other:

Date: 06/12/2024

Signature: /s/ Lucius B. Lau
Name: Lucius B. Lau
Party Name: Diamond Tools Technology LLC

Date: 06/12/2024

Signature: /s/ Daniel B. Pickard
Name: Buchanan Ingersoll & Rooney PC
Party Name: Diamond Sawblades Manufacturers' Coalition

[✓] Additional pages attached

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        PATRICIA M. McCARTHY
        Director

        /s/ Franklin E. White, Jr.
        FRANKLIN E. WHITE, JR.
        Assistant Director

        /s/ Antonia R. Soares
        ANTONIA R. SOARES
        Senior Trial Counsel
        U.S. Department of Justice
        Civil Division
        Commercial Litigation Branch
        PO Box 480, Ben Franklin Station
        Washington, DC 20044
        Telephone:  (202) 305-7405
        antonia.soares@usdoj.gov

June 12, 2024        Attorneys for Defendant-Appellee
                                    United States